JAMES M. JIMENEZ, ESQ. (SBN 095327)
JMJ@PacificBusinessLaw.com
Member of Pacific Business Law, APC
6320 Canoga Avenue, Suite 1500
Woodland Hills, CA 91367
(818) 227-5060
(310) 496-2970 (Fax)
Attorneys for Plaintiff A G S Underground,
A Nevada Corporation

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| A G S UNDERGROUND, a Nevada Corporation,<br><br>Plaintiff,<br><br>v.<br><br>SANDRA E. AUGUSTINE, SUCCESSOR TRUSTEE OF THE JOSEPH AUGUSTINE TRUST DATED SEPTEMBER 16, 2004, AS AMENDED; SANDRA E. AUGUSTINE, TRUSTEE OF THE AMENDED AND RESTATED JOSEPH W. AUGUSTINE AND SANDRA E. AUGUSTINE TRUST; SANDRA E. AUGUSTINE, TRUSTEE OF THE JOSEPH W. AUGUSTINE IRREVOCABLE TRUST; SANDRA E. AUGUSTINE, TRUSTEE OF THE SANDRA AUGUSTINE (SURVIVOR'S) TRUST; ASE PROPERTIES, LLC, A NEBRASKA LIMITED LIABILITY COMPANY, DOING BUSINESS IN CALIFORNIA AS SABAL PROPERTIES, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY; and DOES 1 through 50, inclusive,<br><br>Defendants. | **Case No. 5:21−cv−00449 VAP (SPx)**<br><br>[Removed from Riverside County Superior Court, Case No. CVSW0000951]<br><br>**NOTICE OF SETTLEMENT**<br><br>Judge:  Hon. Virginia A. Phillips<br>Mag. Judge:  Hon. Shery Pym<br><br>Action Filed: 12-01-2020<br>Removed to Fed. Court:  03-12-2021<br>Trial Date: 11-29-2022 |

Plaintiff A G S UNDERGROUND, a Nevada Corporation ("**Plaintiff**"), hereby gives notice that on August 30, 2022 at mediation, the parties to this action reached an agreement in principle confirmed via email to settle all claims in this action, and agreed to enter into a long-form settlement agreement. The parties  will

PACIFIC BUSINESS LAW, APC
6320 Canoga Avenue, Suite 1500
Woodland Hills, CA 91367

1  endeavor to complete the long-form settlement agreement and other settlement

2  documentation, if any, within 14 days hereof.

3      The agreement among the parties is conditioned on a general and mutual

4  release by all parties of all claims and waiver of California Civil Code Section 1542

5  to be set forth in the long-form settlement agreement. Among other things, the

6  agreement provides for dismissal of this action with prejudice within ten (10) days

7  after the settlement payment is made. The parties agreed that the settlement payment

8  shall be procured by a loan from a third-party lender and shall be made at the earlier

9  of (i) 60 days from August 30, 2022, or (ii) when loan funds are available to pay the

10 settlement payment.

11     Plaintiff requests that the trial date and all related dates in this action be

12 vacated immediately, and that the Court retain jurisdiction of this action until

13 notice is provided to the Court that the settlement payment has been paid in full,

14 which notice is anticipated to be made by November 15, 2022.

15

16 DATED: September 9, 2022        PACIFIC BUSINESS LAW
                                  A Professional Corporation
17

18                                By: /s/ James M. Jimenez
                                  Attorneys for Plaintiff
19                                A G S Underground, A Nevada Corporation

20

21

22

23

24

25

26

27

28

PACIFIC BUSINESS LAW, APC
6320 Canoga Avenue, Suite 1500
Woodland Hills, CA 91367

- 2 -
NOTICE OF SETTLEMENT