JAMES M. JIMENEZ, ESQ. (SBN 095327)
JMJ@PacificBusinessLaw.com
Member of Pacific Business Law, APC
6320 Canoga Avenue, Suite 1500
Woodland Hills, CA 91367
(818) 227-5060
(310) 496-2970 (Fax)
Attorneys for Plaintiff

Rebecca L. Reed (Bar No. 275833)
Alex G. Brizolis (Bar No. 259634)
Justin M. Martin (Bar No. 329004)
PROCOPIO, CORY, HARGREAVES & SAVITCH LLP
525 B. Street, Suite 2200
San Diego, CA 92101
Telephone: (619) 238-1900
Facsimile:  (619) 235-0398
E-mail:  rebecca.reed@procopio.com
         alex.brizolis@procopio.com
         justin.martin@procopio.com
Attorneys for the Augustine Defendants

Kristin L. Iversen (SBN 286787)
    KIversen@mpbf.com
Suzie M. Tagliere (SBN 286849)
    STagliere@mpbf.com
Thomas V. McCarrick (SBN 306682)
    TMccarrick@mpbf.com
MURPHY, PEARSON, BRADLEY & FEENEY
580 California Street, Suite 1100
San Francisco, CA 94104-1001
Telephone: (415) 788-1900
Facsimile: (415) 393-8087
Attorneys for Defendant Jeffery T. Peetz, in his capacity as Personal Representative of the Estate of Joseph Augustine, deceased

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| A G S UNDERGROUND, a Nevada Corporation,<br><br>Plaintiff,<br><br>v.<br><br>SANDRA E. AUGUSTINE, SUCCESSOR TRUSTEE OF THE JOSEPH AUGUSTINE TRUST DATED SEPTEMBER 16, 2004, AS AMENDED, *et al.*,<br><br>Defendants. | **Case No. 5:21−cv−00449 VAP (SPx)**<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

Pursuant to that certain written settlement agreement between the parties effective as of August 30, 2022, and Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff A G S Underground; Defendants Sandra E. Augustine, Successor Trustee of the Joseph Augustine Trust Dated September 16, 2004, as Amended; Sandra E. Augustine, Trustee of the Amended and Restated Joseph W. Augustine and Sandra E. Augustine Trust; Sandra E. Augustine, Trustee of the Joseph W. Augustine Irrevocable Trust; Sandra E. Augustine, Trustee of the Sandra E. Augustine (Survivor's) Trust; ASE Properties LLC, a Nebraska Limited Liability Company, doing business in California as Sabal Properties, LLC, a California Limited Liability Company (collectively, the "Augustine Defendants"); and Defendant Jeffery T. Peetz, in his capacity as Personal Representative of the Estate of Joseph Augustine, deceased; through their undersigned counsel of record, **STIPULATE** as follows:

The entirety of this action shall be dismissed with prejudice, and the parties shall each bear their own costs and attorneys' fees.

DATED: November 8, 2022   PACIFIC BUSINESS LAW
A Professional Corporation

By: /s/ James M. Jimenez
Attorneys for Plaintiff A G S Underground

DATED: November 8, 2022   PROCOPIO, CORY, HARGREAVES & SAVITCH LLP

By: /s/ Alex G. Brizolis*
Attorneys for the Augustine Defendants

DATED: November 8, 2022   MURPHY, PEARSON, BRADLEY & FEENEY

By: /s/ Kristin L. Iversen*
Attorneys for Jeffrey T. Peetz, in his capacity as Personal Representative of the Estate of Joseph Augustine, deceased

\* Filer's Attestation: Pursuant to Local Rule 5-4.3.4(a)(2)(i), the filer hereby attests that all signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.